My name is Carmen J. DeLosia

I worked for Boston Center for Theap. Service, I went there 22 may of 97 as a part time worker but it turn out Relief worker and been there for 4 yrs and eleven month (4yr. 11 months) which I have no Vacation no holiday no sick pay or benifit I love my job and continue work doing both lunch break from 9am to 3pm training training Program Instructor but Cannot be promoted running's day Program as a specialist worker And program but Cannot promoted so I went back to schl. get my High Schl. degree, went back to schl. and be nursing assistant, but before my C.N.A. One program worker came to me and said they howed me alot of money and to file a grievence agains Boston Center for Theap. Service I did so at the district Attorney as soon as they found out I do so I became the enemy spending 2hrs. in this room 1hr in another room and be Shubble around the program at the time going to school for my CNA Certificate my uncle pass away in Jamaica West Indies. I came to work and ask Amy if she have enough worker If I could go home because I have to make preperation for funeral going to work and schl. I am tyred but I'll be back the 7 of may when I came back one worker by the name of ethel told me Amy on went on a cruise Then I sign my name to work, the other program P. To

Manager Kate Whitley told me I am not on the assignment. I told her only Elaine Roohan and Curley told me I have more seniority than them and she filed a discrimination case against them and turn down and say that was not a discrimination case the Dist. Attorney Investigated them and told me to file a case. I went to one Mr Green in Dudley He told me him and Vinfen are friends and so he could not represent me, He was the one send me at A Boston place. They owed me for my Retirement money also.

Sign Carmen J. DaCosta