```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

CARMEN DECOSTA,                )
         Plaintiff,            )
                               )
    v.                         )  C.A. No.  04-12226-NG
                               )
BOSTON CENTER FOR THEAP.       )
SERVICE,                       )
         Defendant.            )
```

ORDER OF DISMISSAL

GERTNER, D.J.

In accordance with the Memorandum and Order dated December 22, 2004, it is hereby ORDERED that the above captioned matter is dismissed in its entirety.

By the Court,

/s/ Maryellen Molloy
Deputy Clerk

Dated: December 22, 2004